**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLANIA,    :   No. 287 WAL 2016
                                  :
               Respondent      :
                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court
          v.                       :
                                  :
                                  :
J.R.W.,                            :
                                  :
              Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.